UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CLAYTON ALBERS,

    Petitioner,

v.                                        Case No. 5:13-cv-164-Oc-30PRL

WARDEN, FCC COLEMAN- USP I,

    Respondent.

## ORDER

In an order dated May 2, 2013, the Court dismissed this case pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida. See Doc. 3. Upon due consideration, Petitioner's Motion for Reconsideration (Doc. 4) is **DENIED**. If Petitioner decides to initiate a case, he must, within thirty days of the commencement of the new case, pay the required filing fee or file a request to proceed as a pauper.

**DONE** and **ORDERED** in Tampa, Florida on May 30, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record